IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:
    Wade P. Tonoff                                                                 Case # 13-bk-54070
    Tania M. Tonoff                                                              Chapter 13
                Debtors                                                  Judge Caldwell

**NOTICE OF CHANGE OF ADDRESS**

Now comes Wade P. Tonoff, by and through counsel, and hereby notifies the Court of his new address. The Debtor's mailing address is as follows:

        Wade P. Tonoff
        PO Box 35
        Raymond, OH 43067

        /s/ John F. Cannizzaro
        John F. Cannizzaro # 0005096
        Attorney for Debtors
        302 S. Main Street
        Marysville, OH 43040
        937-644-9125 (telephone no.)
        937-644-0754 (fax no.)
        bkadmin@cfbjs.com

**Certificate of Service**

I hereby certify that a copy of the foregoing address change notice was sent by ECF service to Frank M. Pees, Chapter 13 Trustee; U.S. Trustee's Office and by regular U.S. Mail service upon Wade P. Tonoff, PO Box 35, Raymond, OH 43067 and Tania M. Tonoff, 30736 State Route 31, Richwood, OH 43044, this 21st day of March, 2016.

        /s/ John F. Cannizzaro
        John F. Cannizzaro